**M-11-590**

JAP:HLJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DARIUS WATSON,

          Defendants.

- - - - - - - - - - - - - - - - -X

TO BE FILED UNDER SEAL

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 18, U.S.C.
§§ 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        DAVID JOEL, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), duly appointed according to law and acting as such.

        Upon information and belief, on or about June 2, 2011, within the Eastern District of New York, the defendant DARIUS WATSON, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a 9mm Hi-Point semi-automatic pistol.

        (Title 18, United States Code, Section 922(g)(1)).

        The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1]Because this affidavit is being submitted for the limited purpose of establishing probably cause to arrest DARIUS WATSON as described in greater detail below, I have not set forth every fact learned during the course of this investigation.

1.     I am currently a Detective with NYPD, with whom I have been employed for approximately ten years.  My information in this case comes from reviews of NYPD records, conversations with NYPD officers, and other official records of government agencies.

2.     On or about June 2, 2011, at approximately 9:50 p.m., NYPD Officer Armengol Deida of the 73rd Precinct Anti-Crime Unit was on routine patrol in an unmarked vehicle with Officers Anthony Gonzalez and Corey Martinez in the vicinity of Sutter Avenue and Howard Avenue in Brooklyn, New York.  At approximately that time, Officer Deida observed two males walking eastbound on the north side of Sutter Avenue toward the unmarked vehicle, which was traveling westbound on Sutter Avenue.  Officer Deida observed one of the men, later identified as the defendant, adjusting an object in his waistband and looking behind him.  The unmarked vehicle passed the two men, made a U-turn at the corner of Union Street and Sutter Avenue and approached the two men again.  The unmarked vehicle pulled up alongside the two men at the northwest corner of Sutter Avenue and Howard Avenue.  After Officer Gonzalez identified himself as a police officer and asked to speak with the defendant, the defendant stated, in sum and substance, "Oh, word?" and started running northbound on Howard Avenue while holding his waistband.  While pursuing the defendant

in the unmarked vehicle, Officers Deida, Gonzalez and Martinez observed the defendant remove what appeared to be a firearm from his waistband and throw it with his left hand under a parked vehicle.  Officer Martinez exited the unmarked vehicle and retrieved a loaded Norinco-45 caliber semi-automatic pistol from the vicinity where he had observed the defendant throw the object.  Meanwhile, Officers Deida and Gonzalez pursued the defendant who continued running northbound on Howard Avenue. Officers Deida and Gonzalez stopped the defendant, who complied when he was told to get down on the ground, and placed him under arrest.  The defendant stated in sum and substance, "I don't have anything on me."  Officer Martinez approached Officers Deida and Gonzalez and showed them the firearm that he had retrieved.  The defendant then stated, in sum and substance, "That's not mine." The defendant was then transported to the 73rd Precinct for processing.

3.    I have reviewed criminal history records for the defendant, which reveal that the defendant has been convicted of at least the following crime: on October 2, 2009, the defendant was convicted in Kings County Supreme Court of Robbery in the Third Degree, a Class D felony, and sentenced to six months' incarceration and five years' probation on November 16, 2009.

3

4.    I haven spoken with an ATF interstate nexus expert, who informs me that the above-mentioned Norinco-45 caliber semi-automatic pistol was manufactured outside the State of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant DARIUS WATSON, so that he may be dealt with according to law.

David Joel
Detective
New York City Police Department

Sworn to before me this
8th day of June, 2011

THE HON<br>
UNITED<br>
EASTERN

S/Pohorelsky

ORELSKY<br>
DGE<br>
K

4